AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

OMNIPOINT HOLDINGS, INC.

**SUMMONS IN A CIVIL ACTION**

V.

THE TOWN OF BEDFORD, ZONING BOARD OF APPEALS
OF THE TOWN OF BEDFORD, ROBERT ELLIS,
JEFFREY COHEN, DAVID EZEKIEL and
LOUISE MAGLIONE in their capacities
as members of the Town of Bedford
Zoning Board of Appeals

CASE NUMBER:

04 11722 RWZ

TO: (Name and address of Defendant)

Robert Ellis
220 Davis Road
Bedford, MA  01730

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq.
Ricardo M. Sousa, Esq.
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA  02109-1024

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                    8-5-04
CLERK                                                           DATE

(By) DEPUTY CLERK

I hereby certify and return that today, August 10, 2004, I served a true and attested copy of the within Summons; Civil Cover Sheet; Category Sheet; Complaint in this action upon the within named Robert Ellis, by leaving said copies at 220 Davis Road, Bedford, MA 01730 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Robert Ellis, at 220 Davis Road, Bedford, MA 01730.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 10, 2004.

_____
Dennis Mahoney, Constable
& Disinterested Person over Age 18.

Service & Travel:$65.00

**Butler and Witten**
Boston, MA
(617) 325-6455