AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

OMNIPOINT HOLDINGS, INC.

## SUMMONS IN A CIVIL ACTION

V.

THE TOWN OF BEDFORD, ZONING BOARD OF APPEALS
OF THE TOWN OF BEDFORD, ROBERT ELLIS,
JEFFREY COHEN, DAVID EZEKIEL and       CASE NUMBER:
LOUISE MAGLIONE in their capacities
as members of the Town of Bedford
Zoning Board of Appeals

**04 11722 RWZ**

TO: (Name and address of Defendant)

David Ezekiel
366 Concord Road
Bedford, MA  01730

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq.
Ricardo M. Sousa, Esq.
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA  02109-1024

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                 8-5-04

CLERK                                                         DATE

(By) DEPUTY CLERK

I hereby certify and return that today, August 10, 2004, I served a true and attested copy of the within Summons; Civil Cover Sheet; Category Sheet; Complaint in this action upon the within named David Ezekiel, by leaving said copies at 366 Concord Rd., Bedford, MA 01730 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named David Ezekiel, at 366 Concord Rd., Bedford, MA 01730.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 10, 2004.

_____
Dennis Mahoney, Constable
& Disinterested Person over Age 18.

Service & Travel: $50.00

**Butler and Witten**
Boston, MA
(617) 325-6455