UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC, <br> Plaintiff, <br> v. <br><br> THE TOWN OF BEDFORD, ZONING BOARD OF APPEALS OF THE TOWN OF BEDFORD, ROBERT ELLIS, JEFFREY COHEN, DAVID EZEKIEL and LOUISE MAGLIONE in their capacities as members of the Town of Bedford Zoning Board of Appeals, <br> Defendants. | Civil Action No. 04-11722 RWZ |

FILED
2004 OCT 12 P 4: 27
DISTRICT OF MASS

## CERTIFICATE IN COMPLIANCE WITH LOCAL RULE 16.4

The undersigned certify that Omnipoint Holdings, Inc. has conferred with its attorney with a view to establishing a budget for the costs of conducting the full course of the above-referenced matter, including various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute programs.

Respectfully submitted,

OMNIPOINT HOLDINGS, INC.

By its attorney,

/s/ William A. Worth
William A. Worth, BBO #544086
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, Massachusetts 02109
(617) 456-8000

OMNIPOINT HOLDINGS, INC.

_____
(By its Authorized Representative
Gerald Marquis, Regional Zoning Manager

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage prepaid, on 10/8/04.
/s/ Nina M. Orlando

Dated: October 8, 2004