UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TOWN OF BEDFORD, ZONING BOARD ) <br> OF APPEALS OF THE TOWN OF ) <br> BEDFORD, ROBERT ELLIS, JEFFREY COHEN, ) <br> DAVID EZEKIEL and LOUISE MAGLIONE ) <br> in their capacities as members of the ) <br> Town of Bedford Zoning Board of Appeals, ) <br> Defendants. ) <br> ) | Civil Action No. 04-11722 RWZ |

## JOINT PROPOSED PRE-TRIAL SCHEDULE

The parties, having conferred in this matter, jointly propose the following pre-trial schedule for this matter:

1. The parties will complete all discovery by January 15, 2005.

2. The plaintiff will file any motion for summary judgment by March 1, 2005.

3. The defendant will file its response to summary judgment by April 15, 2005.

The parties do not consent to trial by magistrate judge.

OMNIPOINT HOLDINGS, INC.

By its attorneys,

_____
William A. Worth, Esq., BBO #544086
Ricardo M. Sousa, Esq., BBO # 565043
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109-1024
Tel: (617) 456-8000
Fax: (617) 456-8100

Date: October 8, 2004

Respectfully submitted,

THE TOWN OF BEDFORD, et al.

By their attorneys,

_____
Michael C. Lehane, Esq. BBO #292520
Doris MacKenzie Ehrens, Esq. BBO #544252
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Plaza, Suite 410
Quincy, MA 02269-1923
Tel: (617)-479-5000

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage prepaid, on 10/8/04.