10/13/2004 11:14 FAX 617 770 9913    M.H.T.& L.,LLP                               ☒002

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OMNIPOINT HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TOWN OF BEDFORD, ZONING BOARD OF APPEALS OF THE TOWN OF BEDFORD, ROBERT ELLIS, JEFFREY COHEN, DAVID EZEKIEL, and LOUISE MAGLIONE in their capacities as members of the Town of Bedford Zoning Board of Appeals, <br><br> Defendants. | Civil Action <br> No. 04-11722 RWZ |

## LOCAL RULE 16.1
## CERTIFICATION OF DEFENDANTS AND COUNSEL

We, the undersigned, Richard Reed, Administrator of defendant Town of Bedford and counsel for defendants Town of Bedford, the Zoning Board Of Appeals Of The Town Of Bedford, and Robert Ellis, Jeffrey Cohen, David Ezekiel, and Louise Maglione in their capacities as members of the Town of Bedford Zoning Board of Appeals, hereby certify that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation and (b) to consider the resolution of the

10/13/2004 11:14 FAX 617 770 9813    M.H.T.& L.,LLP    ☒003

litigation through the use of alternative dispute resolution programs such as those outlined in

Local Rule 16.4.

_____
Richard Reed, Administrator of the
Town of Bedford

_____
Doris R. MacKenzie Ehrens
BBO # 544252
MURPHY, HESSE, TOOMEY & LEHANE, LLP

Dated: October 13, 2004

Dated: October 13, 2004

-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TOWN OF BEDFORD, ZONING BOARD ) <br> OF APPEALS OF THE TOWN OF BEDFORD, ) <br> ROBERT ELLIS, JEFFREY COHEN, DAVID ) <br> EZEKIEL, and LOUISE MAGLIONE, ) <br> in their capacities as members of the Town of ) <br> Bedford Zoning Board of Appeals, ) <br> ) <br> Defendants. ) | Civil Action No. 04-11722RWZ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of October, 2004, a copy of the foregoing Local Rule 16.1 Certification of Defendants and Counsel was served via hand delivery upon counsel of record.

/s/ Doris R. MacKenzie Ehrens
Doris R. MacKenzie Ehrens,
BBO #544252
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02269-9126
(617)-479-5000