**MURPHY, HESSE, TOOMEY & LEHANE, LLP**
**Attorneys At Law**

CROWN COLONY PLAZA
300 CROWN COLONY DRIVE, SUITE 410
P.O. BOX 9126
QUINCY, MA 02269-9126
TEL: (617) 479-5000    FAX: (617) 479-6469

WORLD TRADE CENTER EAST
TWO SEAPORT LANE
BOSTON, MA 02210
TEL: (617) 479-5000    FAX: (617) 338-1324

ONE MONARCH PLACE, SUITE 1310R
SPRINGFIELD, MA 01144
TEL: (800) 227-6485    FAX: (617) 479-6469

Arthur P. Murphy
James A. Toomey
Katherine A. Hesse
Michael C. Lehane
John P. Flynn
Regina Williams Tate
Edward F. Lenox, Jr.
Mary Ellen Sowyrda
David A. DeLuca
Ann M. O'Neill
Michael F.X. Dolan, Jr.
Donald L. Graham
Andrew J. Waugh
J. David Moran
Doris R. MacKenzie Ehrens
Mary L. Gallant
Robert M. Delahunt, Jr.
Lorna M. Hebert

Geoffrey P. Wermuth
Joseph T. Bartulis, Jr.
Clifford R. Rhodes, Jr.
Kathryn M. Murphy
Scott E. Bettencourt
Stacey G. Bloom
Michael R. Bertoncini
Adam D. Janoff
Thomas W. Colomb
Monica Swanson Tesler
David A. Appugliese
Rebecca L. Andrews
Jennifer N. Geosits
Melissa Gamble
Jason M. Gesing
Bryan R. LeBlanc
Christina Gentile
Beth Leopold Ross

Of Counsel
Paul F. Dempsey
William P. Breen, Jr.

Scott Harshbarger

*Please Respond to Quincy*

November 23, 2004

Lisa Urso, Courtroom Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    Omnipoint Holdings, Inc. v. The Town Of Bedford, Zoning Board Of Appeals Of
               The Town Of Bedford, et al.; Civil Action No. 04-11722 RWZ

Dear Ms. Urso:

      At the status conference on October 14, 2004, Judge Zobel asked for a report on the status of settlement negotiations in the above-referenced matter by November 30, 2004. Please report to the Judge that discussions between counsel have been ongoing and a meeting with the parties is scheduled for the evening of December 2, 2004.

      Thank you.

                                                  Very truly yours,

                                                  Doris R. MacKenzie Ehrens

DRME/

cc:    William A. Worth, Esq., & Ricardo M. Sousa, Esq.
        Prince, Lovel, Glovsky & Tye, LLP
        Richard Reed, Town Administrator
        Robert Ellis, Chairman, Zoning Board of Appeals